UNITED STATES of America,
Plaintiff–Appellee

v.

Bobby Allen BOGLE, Defendant–Appellant.

No. 10–40919
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 19, 2011.

Kevin Dow Collins, Assistant U.S. Attorney, U.S. Attorney's Office, Sherman, TX, for Plaintiff–Appellee.

Bobby Allen Bogle, Beaumont, TX, pro se.

Before KING, HAYNES, and GRAVES, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Bobby Allen Bogle has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Bogle has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.